UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
XO GLOBAL LLC,  :
                    Plaintiff,  :
   :
          -against-  :       20 Civ. 10670 (LGS)
   :
BROOKE DIAMOND et al.,  :       <u>ORDER</u>
               Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated January 15, 2021, scheduled a conference on Plaintiff's letter motion for expedited discovery for January 28, 2021, at 11:00 a.m. (Dkt. No. 47). It is hereby

**ORDERED** that the conference is **adjourned** to **January 28, 2021, at 10:40 a.m.**, on the following conference call line: 888-363-4749, access code 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed by that time.

Dated: January 26, 2021
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE