UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
XO GLOBAL LLC,  :
                     Plaintiff,  :
  :
        -against-  :      20 Civ. 10670 (LGS)
  :
BROOKE DIAMOND et al.,  :      <u>ORDER</u>
                   Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on January 28, 2021, the parties appeared for a conference on Plaintiff's request for expedited discovery in support of a preliminary injunction. It is hereby

       **ORDERED** that by **February 1, 2021**, the parties shall submit a proposed order and plan for expedited discovery setting forth a schedule for party depositions, interrogatories and document production requests.

Dated: January 28, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**