UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
XO GLOBAL LLC, :
                    Plaintiff, :
      :
          -against-             :         20 Civ. 10670 (LGS)
      :
BROOKE DIAMOND et al., :          <u>ORDER</u>
                Defendants. :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial conference in this matter is scheduled for February 25, 2021.  Due to outstanding letter responses on the parties' pre-motion letters for motions to stay pending arbitration and motions to strike, it is hereby

      **ORDERED** that the February 25, 2021, initial pretrial conference is **adjourned** to **March 4, 2021**, on the following conference call line:  888-363-4749 access code 558-3333.  The time of the conference is approximate but the parties shall be ready to proceed by that time.

Dated: February 19, 2021
       New York, New York

                                            LORNA G. SCHOFIELD
                                          **UNITED STATES DISTRICT JUDGE**