UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
XO GLOBAL LLC,
                    Plaintiff,

           -against-                        20 Civ. 10670 (LGS)

BROOKE DIAMOND et al.,                    ORDER
                    Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Plaintiff filed a pre-motion letter regarding a motion to strike certain affirmative defenses raised in the answers of Defendants Directional Capital LLC d/b/a Directional Aviation, PrivateFly, LLC, One Sky Flight, LLC, Flexjet, LLC, Sentient Jet, LLC and Sentient Jet Charter, LLC d/b/a FXAIR (the "Directional Defendants") and individual Defendant Gregg Slow (Dkt. No. 65). Plaintiff's letter stated that it applied to the extent the same defenses were raised in the answers filed by individual Defendants Brooke Diamond, Arielle Mellen, Ross Prussin and John Wood (Dkt. No. 65 at 1 n.1).

      WHEREAS, the Order, dated February 10, 2021, directed a response by the Directional Defendants and Wood, and stated that it would evaluate the need for a conference following any answers filed by individual Defendants Diamond, Mellen, Prussin and Wood by the February 18, 2021, deadline (Dkt. No. 66).

      WHEREAS, Defendant Wood filed an answer containing the same challenged affirmative defenses (Dkt. No. 75), while Defendants Diamond, Mellen, Prussin and Wood filed a pre-motion letter for a motion to stay the case pending arbitration (Dkt. No. 74). It is hereby

      **ORDERED** that by **February 26, 2021**, Defendant Wood shall file a letter response to Plaintiff's letter regarding a motion to strike certain affirmative defenses at Dkt. No. 65 in accordance with the Individual Rules. It is further

**ORDERED** that the initial pre-trial conference scheduled for March 4, 2021, shall be held at **11:00 a.m.** on the following conference call line:  888-363-4749, access code 558-333.  The parties shall be ready to discuss the motion to strike at the initial pre-trial conference.

Dated: February 22, 2021
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2