UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
XO GLOBAL LLC, :
                    Plaintiff, :
                    :
        -against- : 20 Civ. 10670 (LGS)
                    :
BROOKE DIAMOND et al., : <u>ORDER</u>
                  Defendants. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the parties appeared for an initial pre-trial conference on March 4, 2021, at 10:50 a.m. It is hereby

      **ORDERED** that, for the reasons stated at conference, Plaintiff's request for a pre-motion conference is construed as a motion to strike certain affirmative defenses from the Answers of Directional Defendants and Defendant Slow (Dkt. No. 65), and such motion is **denied**. It is further

      **ORDERED** that, with the exception of discovery in support of Plaintiff's anticipated motion for a preliminary injunction in support of arbitration (the "Preliminary Injunction Motion," Dkt. No. 64), discovery is **stayed** as to all Defendants. It is further

      **ORDERED** that by **March 11, 2021**, Defendant Wood shall file an amended Answer to the Complaint revising his affirmative defenses. It is further

      **ORDERED** that by **April 30, 2021**, Plaintiff shall file its proposed Preliminary Injunction Motion per the Individual Rules. By **May 21, 2021**, Defendants shall file their opposition. By **May 28, 2021**, Plaintiff shall file a reply.

      The Clerk of Court is respectfully directed to close the docket entries at Nos. 65 and 74.

Dated: March 4, 2021
       New York, New York

                                                  LORNA G. SCHOFIELD
                                            **UNITED STATES DISTRICT JUDGE**