UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
XO GLOBAL LLC, :
                      Plaintiff, :
                                   :
        -against- : 20 Civ. 10670 (LGS)
                                   :
BROOKE DIAMOND et al., : <u>ORDER</u>
                      Defendants. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the parties have submitted various letter motions alleging issues with the expedited discovery authorized by the Order, dated February 3, 2021 (Dkt. No. 64). It is hereby

      **ORDERED** that the Individual Defendants shall supplement any interrogatory responses consisting of references to business records per Fed. R. Civ. P. 33(d) to identify specific responsive documents by Bates number. It is further

      **ORDERED** that the parties shall appear for a conference on their remaining discovery issues on **April 8, 2021, at 11:00 a.m.**, on the following conference call line: 888-363-4749, access code 558-3333. It is further

      **ORDERED** that the parties shall meet and confer in good faith to resolve their discovery disputes. By **April 6, 2021**, the parties shall file a joint letter identifying which disputes have been resolved and which remain outstanding.

Dated: March 30, 2021
       New York, New York

                                                  LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE