```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
  XO GLOBAL LLC,                                  :
                              Plaintiff,          :
                                                  :
               -against-                          :        20 Civ. 10670 (LGS)
                                                  :
  BROOKE DIAMOND et al.,                          :             ORDER
                              Defendants.         :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties appeared for a conference on April 8, 2021, to discuss disputes relating to the expedited discovery authorized by the Order, dated February 3, 2021 (Dkt. No. 64).  It is hereby

**ORDERED** that Defendants may choose five employees of Plaintiff and promulgate discovery requests as to whether those employees contributed customer information obtained from third party competitors of Plaintiff to Plaintiff's confidential customer list during a certain period of time.  By **April 15, 2021**, the parties shall meet and confer and file a letter specifying the relevant time period.  It is further

**ORDERED** that the Directional Defendants shall produce all communications in their possession, custody and control between each Individual Defendant and each of the twenty-five customers that are the subject of expedited discovery, in each case for the period (1) starting with the first communication between the Individual Defendant and customer after the Individual Defendant's assumption of employment with the Directional Defendants and (2) ending thirty days thereafter.  It is further

**ORDERED** that the Individual Defendants shall produce all communications in their possession, custody and control between each Individual Defendant and each of the twenty-five customers that are the subject of expedited discovery, in each case for the period (1) starting with

the first communication between the Individual Defendant and customer after the Individual Defendant's separation of employment from the Plaintiff and (2) ending thirty days thereafter. It is further

  **ORDERED** that the Individual Defendants' production of emails shall be in native format.

Dated: April 8, 2021
   New York, New York

                    **LORNA G. SCHOFIELD**
                    **UNITED STATES DISTRICT JUDGE**